NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CDX DIAGNOSTICS, INC.,**
*Appellant*

**v.**

**U.S. ENDOSCOPY GROUP, INC.,**
*Appellee*

---

2016-1379, -1380, -1381

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00639, IPR2014-00641, and IPR2014-00642.

---

## O R D E R

The above-captioned appeals appear to be related.

We consolidate the cases and thus one set of briefs should be filed for the three appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. Appellant's opening brief is due no later than February 29, 2016.

2          CDX DIAGNOSTICS, INC. v. U.S. ENDOSCOPY GROUP, INC.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s32